

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-19-00060-CR

David Alan **BRUNDAGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 15-10-12665-CR
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

A jury found appellant guilty of aggravated sexual assault of a child. Prior to sentencing, appellant and the State entered into an agreement whereby the State agreed to recommend a sentence of five years in prison and a $10,000 fine and appellant agreed to waive his right to appeal. On February 22, 2019, the trial court and appellant signed a trial court certification stating: "the defendant has waived the right of appeal." On March 5, 2019, the trial court signed a final judgment sentencing appellant to five years in prison and a $10,000 fine.

Where the State and the appellant agree that the appellant will waive his right of appeal in exchange for the State's sentencing recommendation and the trial court follows the State's sentencing recommendation, "[t]here is no valid or compelling reason why appellant should not be held to his bargain." *Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000); *see also* TEX. CODE CRIM. PROC. art. 1.14(a), 44.02. Accordingly, this appeal will be dismissed unless an amended trial court certification showing appellant has the right to appeal is made part of the appellate record within ten (10) days of the date of this order. *See* TEX. R. APP. P. 37.1.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court